GEORGE D. GIDEON et al., Appellants, *v.* HINDS, NOBLE
& ELDREDGE et al., Respondents.

Reported below, 172 App. Div. 478.
(Argued October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered May 13, 1916, affirming a
judgment in favor of defendants entered upon an order
of Special Term denying plaintiffs' motion for judgment
on the pleadings, sustaining a demurrer to and directing
a dismissal of the complaint.

The motion was made upon the ground that no appeal
lay to the Court of Appeals from the judgment of the
Appellate Division.

*Roger Hinds* for motion.

*Frederick T. Kelsey* opposed.

Motion denied, with ten dollars costs.